**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JOSEPH PILCHESKY, | : No. 843 MAL 2017 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| DAVID BULZONI, BUSINESS | : |
| ADMINISTRATOR FOR CITY OF | : |
| SCRANTON, CITY OF SCRANTON, | : |
| MAYOR WILLIAM COURTRIGHT, AND | : |
| SCRANTON CITY COUNCIL, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of June, 2018, the Petition for Allowance of Appeal is

**DENIED**.